UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK ALLISON,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>SPRING MOUNTAIN PLAZA, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:16-CV-1900 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is the matter of *Allison v. Spring Mountain Plaza, LLC*, case number 2:16-cv-01900-JCM-PAL.

　　　　Local Rule IA 11-2 governs admission to practice in a particular case. Subsection (e) provides that an attorney must comply with all provisions of Local Rule IA 11-2 within 45 days of his first appearance. LR IA 11-2(e).

　　　　According to the record, plaintiff is represented by out-of-state attorney Randall Rubin, who was required to file a verified petition to appear *pro hac vice* by September 2, 2016. (ECF No. 4). Mr. Rubin made his first appearance on August 10, 2016. (ECF No. 1). To date, Mr. Rubin has yet to file a verified petition.

　　　　Notwithstanding, on November 2, 2016, plaintiff filed a notice of voluntary dismissal *pro se*. (ECF No. 5).

　　　　In light of the foregoing, the court will dismiss plaintiff's complaint without prejudice.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED that plaintiff's complaint (ECF No. 1) be, and the same hereby
3  is, DISMISSED WITHOUT PREJUDICE.

4  DATED November 10, 2016.

                                                                                                                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**